UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ISA CHICAGO WHOLESALE,<br><br>     Defendant and Judgment Debtor.<br><br>WELLS FARGO BANK, N.A.,<br><br>          Garnishee. | No.  2:14-MC-00129-KJM-AC<br><br>CRIMINAL CASE NO.:  2:09-CR-00392-WBS<br><br><u>ORDER OF WRIT OF GARNISHMENT</u> |

The court has considered plaintiff's Application for an Order of Garnishment against the accounts at Wells Fargo Bank (account numbers ending in 8314 and 6870) of the defendant and judgment debtor, ISA Chicago Wholesale ("ISA").  Plaintiff filed its Application pursuant to Section 3205(c)(7) of the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001, et seq. Having considered the Application and case file, the court finds as follows:

1. On March 17, 2014, the court imposed judgment against ISA in <u>United States v. ISA Chicago Wholesale</u>, 2:09-CR-00392-WBS (E.D. Cal. 2014).  On May 27, 2014, the court issued an amended judgment that included an order that ISA pay a $400.00 statutory assessment and

1

$2,622,000.00 in restitution.  CR ECF No. 104.[1]

2.  The United States demanded that ISA pay or arrange to pay the assessment and restitution within thirty (30) days of the demand, however, ISA failed to do so.  MC ECF No. 13.  The United States then filed an Application for Writ of Garnishment on October 31, 2014, against ISA's Wells Fargo Bank's accounts.  MC ECF No. 2.

3.  The Clerk issued the Writ of Garnishment the same day.  MC ECF No. 6.  The United States served Wells Fargo with the Writ and its attachments.  See MC ECF No. 11.  The attachments included instructions to ISA for claiming an exemption to the garnishment, objecting to Wells Fargo's answer to the writ, and seeking a hearing regarding the garnishment proceeding.  Id.  The United States served the notice of garnishment and instructions to ISA for claiming an exemption to the garnishment, objecting to Wells Fargo's answer to the writ, and seeking a hearing regarding the garnishment proceeding on November 6, 2014.  MC ECF No. 8.

4.  On November 10, 2014, Wells Fargo filed its answer as garnishee.  MC ECF No. 11.  The answer identifies ISA as the owner of two accounts: one ending in the numbers 8314 and containing $375.03; and the other ending in the numbers 6870 and containing $87,005.43.  Id.  Wells Fargo filed an amended answer on November 21, 2014, reflecting a decrease in the account balance of number 6870 to $65,091.90.  MC ECF No. 12.  The United States was informed that the decrease is attributable to the return of previously posted checks for insufficient funds.  MC ECF No. 13.  It was also informed as of December 23, 2014, that the amount of ISA funds subject to garnishment is $66,726.86.  Id.

5.  ISA has not (1) claimed an exemption to this garnishment proceeding; (2) objected to Wells Fargo's answers; nor (3) sought a hearing herein.  Wells Fargo served ISA with the amended answer on November 14, 2014, and objections and a hearing request were due 20 days thereafter.  See 28 U.S.C. § 3205(c)(5).  ISA's opportunity to oppose this garnishment has accordingly expired.

---

[1] For clarity's sake citations to filings in United States v. ISA Chicago Wholesale, 2:09-CR-00392-WBS (E.D. Cal. 2014) will be preceded by a "CR," while citations to filings in this matter will be preceded by an "MC."

6. As of December 23, 2014, ISA has not satisfied its restitution obligation.

7. The court finds that all conditions to the issuance of an order of garnishment against ISA's two bank accounts at Wells Fargo are satisfied.

In accordance with the foregoing IT IS HEREBY ORDERED that:

1. ISA's two accounts at Wells Fargo Bank (account numbers ending in 8314 and 6870) are to be liquidated in their entirety in favor of the United States.

2. Wells Fargo Bank shall deliver, within twenty (20) days of the date of this order, a cashier's check, money order or company draft in the sum of $66,726.86 (plus any subsequent deposits to the accounts after December 23, 2014), and made payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814.  Wells Fargo Bank shall also state the docket number (Case No.: 2:09-CR-00392-WBS) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

3. Wells Fargo Bank shall, concurrently with its delivery of the payment specified in paragraph 2, above, file a second amended answer stating the final amount garnished in this action.

IT IS SO ORDERED.

DATED: January 8, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3